IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| CHRISTOPHER D. NOVAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00010(JPJ/PMS) |
| ) | |
| TROOPER ALLEN T. STUART, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christopher Novak, by counsel, and Defendant Trooper Allen T. Stuart, by counsel, hereby give notice that the action above is hereby voluntarily dismissed, WITHOUT prejudice, with each party to bear their own costs and attorney's fees.

DATE: July 14, 2023                               Respectfully submitted,

                                                  _____/s/_____
                                                  Jonathan E. Halperin (VSB No. 32698)
                                                  Andrew Lucchetti (VSB No. 86631)
                                                  Darrell J. Getman (VSB No. 95791)
                                                  Halperin Law Center, LLC
                                                  4435 Waterfront Drive, Suite 100
                                                  Glen Allen, VA 23060
                                                  Phone: (804) 527-0100
                                                  Facsimile: (804) 597-0209
                                                  jonathan@hlc.law
                                                  andrew@hlc.law
                                                  *Counsel for Plaintiff*

                                                  and

/s/ Sheri H. Kelly
Sheri H. Kelly, VSB No. 82219
Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 24211
Phone: 276-628-2964
Fax: 276-628-4375
skelly@oag.state.va.us
*Counsel for Defendant*